UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                       CASE NO.:   8:01-cr-271-T-23MAP

TYRONE CORNELIUS TAYLOR
                                                                            /

**ORDER**

The United States Sentencing Commission promulgated Amendment 706, which

lowers the base offense level for a cocaine base ("crack" cocaine) offense by two levels

for an eligible defendant sentenced on or after November 1, 2007.  Effective March 8,

2008, the Commission applied this amendment retroactively to a defendant sentenced

before November 1, 2007.  Tyrone Cornelius Taylor, an inmate sentenced before

November 1, 2007, moves (Doc. 112) pro se pursuant to 23 U.S.C. § 3582(c)(2) and

Section 1B1.10, United States Sentencing Guidelines, for a two-level reduction in his

base offense level.  The United States responds (Doc. 121).

Taylor is a career offender pursuant to Section 4B1.1 of the Sentencing

Guidelines with a total offense level of 37.  At the 2002 sentencing Taylor's guideline

offense level was 31 (after a three-level reduction under Section 5K1.1 and a three-level

reduction for acceptance of responsibility.)

Section 1B1.10(a)(2)(B) provides that a reduction in sentence is "not consistent

with this policy statement and therefore is not authorized . . . under 28 U.S.C.

§ 3582(c)(2) if . . . an amendment listed in subsection (c) does not have the effect of

lowering the defendant's applicable guideline range."  Because the defendant's

- 2 -

sentence was based on a career offender enhancement pursuant to Section 4B1.1,

Amendment 706 does not lower the defendant's applicable guideline range, and a

reduction would be inconsistent with the policy statements issued by the Sentencing

Commission.

Taylor's motion for a reduction of sentence (Doc. 112) is **DENIED**.

The Clerk shall furnish a copy of this order to the United States Attorney, the

United States Probation Office, and the defendant.

ORDERED in Tampa, Florida, on April 7, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE